G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
CORAL BARRIOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORAL BARRIOS,<br><br>Plaintiff,<br><br>vs.<br><br>ATLAS MEDIATION, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-02712-EBS-EFB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, CORAL BARRIOS, by and through her attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case without prejudice.

RESPECTFULLY SUBMITTED,

DATED:
May 30, 2013

**PRICE LAW GROUP APC**
By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff